**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-02204-LTB-BNB

TONI NUANES,

       Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 12 - filed December 2, 2010), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   December 3, 2010